## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY MALONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICOSAVAX, INC., PETER KOLCHINSKY, )<br>HEIDI KUNZ, MARK MCDADE, JOHN )<br>W. SHIVER, ADAM SIMPSON, ANN )<br>VENEMAN, and JAMES WASSIL, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:24-cv-00026-JLH<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 21, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*